# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARIA THERESA INIGUEZ,<br>Appellant,<br>vs.<br>MERCADITO RED ROCK, LLC,<br>Respondent. | No. 75748 |

FILED

JAN 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Susan Johnson, District Judge
Carolyn Worrell, Settlement Judge
Richard Harris Law Firm
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-04315